UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSE A. VARGAS,

    Plaintiff,

v.

LIEUTENANT SMITH and UNITED STATES OF AMERICA,

    Defendants.

Case No. 16-cv-1376-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: January 30, 2018**    **JUSTINE FLANAGAN, Acting Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**